CELIA L. McGUINNESS, ESQ. (SBN 159420)
DEBORAH GETTLEMAN, ESQ. (SBN 267309)
DERBY, McGUINNESS & GOLDSMITH, LLP
300 Lakeside Drive Suite 1000
Oakland, CA 94612
Telephone: (510) 987-8778
Facsimile:  (510) 359-4414
info@dmglawfirm.com

Attorney for Plaintiffs
GENE ANDERSON AND
PAULINE HORVATH-ANDERSON

JOHN L. SUPPLE (SBN: 94582)
ROBERT D. SANFORD (SBN: 129790)
**J SUPPLE LAW**
**A Professional Corporation**
990 Fifth Avenue
San Rafael, CA 94901
Telephone: (415) 366-5533
Facsimile: (415) 480-6301
mwesthoff@jsupplelaw.com

Attorneys for Defendants
KAYAL, INC. a California Corporation, dba
BAYPOINT HEALTHCARE CENTER, and
THEKKEK HEALTH SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE ANDERSON AND PAULINE HORVATH-ANDERSON<br><br>Plaintiffs,<br>v.<br><br>KAYAL, INC. a California Corporation; THEKKEK HEALTH SERVICES, INC., a California Corporation; and BAY POINT HEALTHCARE, a business form unknown,<br><br>Defendants. | CASE NO.  3:19-cv-07589-JCS<br><br><u>Civil Rights</u><br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>DATE: November 6, 2020<br>TIME:  2:00pm<br>LOCATION: Courtroom F, 15th Floor<br>450 Golden Gate Avenue, SF, CA |

The parties to the instant action, by and through their respective counsel of record, hereby

JOINT CMC STATEMENT

1   submit the following Joint Case Management Statement pursuant to this court's order dated
2   August 7, 2020 (Docket 18):
3       A settlement conference was held on October 19, 2020 before Magistrate Judge Donna M.
4   Ryu. The parties reached a settlement in the matter and signed an agreement following the
5   conference. Per the terms of the settlement agreement Defendants have agreed to make three
6   consecutive payments with the first payment to be received by Plaintiff's counsel on or before
7   November 23, 2020. The second payment will be delivered on or before December 22, 2020 and
8   the third payment to be delivered on or before January 21, 2021.
9       Plaintiff will supply defendants with a stipulation to dismiss this matter within fourteen
10  days of receipt of the final payment.
11      The parties ask the court to continue this matter to twenty – one days after the final
12  payment is due to Plaintiff.

        Respectfully submitted,

Dated:   November 2, 2020            DERBY, McGUINNESS & GOLDSMITH, LLP


                                     By:  /s/ Celia McGuinness
                                         CELIA McGUINNESS
                                         Attorneys for Plaintiffs
                                         GENE ANDERSON and
                                         PAULINE HORVATH-ANDERSON

Dated:   November 2, 2020            J SUPPLE LAW
                                     A Professional Corporation


                                     By:  /s/ Leah Gray
                                         JOHN L. SUPPLE
                                         ROBERT D. SANFORD
                                         LEAH GRAY
                                         Attorneys for Defendants
                                         KAYAL, INC. a California Corporation, dba
                                         BAYPOINT HEALTHCARE CENTER, and
                                         THEKKEK HEALTH SERVICES, INC.

FILER'S ATTESTATION

Pursuant to Local Rules, I hereby attest that on November 2, 2020 I, Celia McGuinness, attorney with Derby, McGuinness & Goldsmith, LLP received the concurrence of all counsel in the filing of this document.

/s/  Celia McGuinness
Celia McGuinness, Esq.
DERBY, McGUINNESS & GOLDSMITH LLP

## ORDER

**For Good Cause Shown,** the case management conference currently scheduled for November 6, 2020 is continued to February 12, 2021 at 2:00 p.m. Parties are required to file a stipulation to dismiss all claims or a joint status report on or before February 5, 2020.

IT IS SO ORDERED.

Dated: _____

Hon. Joseph C. Spero
Chief Magistrate Judge