# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# ZOOM CIVIL MINUTE ORDER

| Case No.: 19-cv-07589-JCS | Case Name: Anderson v. Kayal, Inc. | |
|---|---|---|
| Chief Magistrate Judge: JOSEPH C. SPERO | Date: November 6, 2020 | Time: 2 M |

**Attorney for Plaintiff:** Celia McGuinness
**Attorney for Defendant:** Dayna Olson for Michelle Westhoff

**Deputy Clerk:** Karen Hom          **Court Reporter:** Not Reported

## ZOOM WEBINAR PROCEEDINGS

1. Further Case Management Conference - Held

## ORDERED AFTER HEARING

Pursuant to stipulation of the parties this case is dismissed with prejudice with the Court to retain jurisdiction to enforce the settlement agreement. Each side to bear their own attorneys' fees and costs.

**Order to be prepared by:**
[ ] Plaintiff        [ ] Defendant        [ ] Court
**cc:**